

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-18-00509-CV & 04-18-00844-CV

**TITLE SOURCE, INC.**, & Reporters Committee for Freedom of the Press, and Houston
Forward
Appellants

v.

**HOUSECANARY INC.**, formerly known as Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06300
Honorable David A. Canales, Judge Presiding

# O R D E R

By order dated March 12, 2019, this court proposed to quasi-consolidate these two appeals. The proposal provided that the records and briefs for the two appeals shall remain separated; however: (1) the same panel would be assigned to both appeals; (2) both appeals would be argued together; and (3) the court would dispose of both appeals with the same judgment, opinion, and mandate. The parties were ordered to file any objection to the proposed consolidation no later than March 22, 2019. Appellant Title Source, Inc. and appellee filed written responses stating they did not object to the proposed consolidation. Appellants The Reporter's Committee for Freedom of the Press and the Houston Forward Times did not file an objection.

It is therefore ORDERED that appeal number 04-18-00509-CV and appeal number 04-18-00844-CV are CONSOLIDATED. The records and briefs for the two appeals shall remain separated. Both appeals are scheduled for formal submission and oral argument before this Court on April 29, 2019 at 1:30 P.M., before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Rios. The court will dispose of both appeals with the same judgment, opinion, and mandate.

Appellants Title Source, Inc., The Reporter's Committee for Freedom of the Press, and the Houston Forward Times have filed a joint motion for enlargement of oral argument, requesting a total time of forty-five (45) minutes. We have reviewed the motion and the appellee's response. The motion is GRANTED. Argument is allotted as follows: thirty (30)

minutes to appellants, twenty (20) minutes to appellee, and fifteen (15) minutes rebuttal to appellants.

Entered this 26th day of March, 2019.

PER CURIAM

Attested to:

Keith E. Hottle,
Clerk of Court